IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| **CHARLES YOUNG,** | * | |
| **ADC #120971** | * | |
| | * | |
|     **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 5:03CV00365 GH/JFF |
| | * | |
| **ARKANSAS DEPARTMENT OF** | * | |
| **CORRECTION,** *et al.*, | * | |
| | * | |
|     **Defendants** | * | |

### ORDER

The Court has received the Proposed Recommended Disposition from Magistrate Judge John F. Forster, Jr. After careful review of the Proposed Recommended Disposition, as well as a <u>de novo</u> review of the record, the Court concludes that the Proposed Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, Defendants' Motions to Dismiss are DENIED (docket entry #79 and #83).

IT IS SO ORDERED, this 29th day of December, 2005.

                                                          */s/ George Howard, Jr.*
                                                          UNITED STATES DISTRICT JUDGE