IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES D. YOUNG                                                                              PLAINTIFF

v.                                  5:03CV00365WRW/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the defendants' summary judgment motions (DE ##159, 163) are hereby GRANTED. All other pending motions are MOOT.

IT IS SO ORDERED this 6th day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE