IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES D. YOUNG                                                                                        PLAINTIFF

vs.                                             5:03CV00365-WRW

ARKANSAS DEPARTMENT OF
CORRECTION, et al                                                                                     DEFENDANTS

ORDER

Pending before this Court is the Plaintiff's Attorney's Request for Reimbursement of Expenses (doc #189) filed by William T. Finnegan, counsel appointed for the Plaintiff, Charles D. Young. Having considered the Motion pursuant to the guidelines and policies of the Out-of-Pocket Expenses Fund, the Court orders the Clerk of the Court to distribute to appointed counsel, William T. Finnegan, the total amount of Five Hundred Five and 34/100 dollars ($505.34) from the Fund.

A copy of this Order, together with the Motion and attachments, shall be placed in the Fund file maintained by the Clerk of the Court and paid in full.

IT IS SO ORDERED this 7th day of January, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ordoutofpocketexp.wpd